UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No.: 8:18-cr-508-T-17AAS

AMIRALI BHANWADIA
_____/

# ORDER

THIS MATTER is before the Court on Defendant's Motion for Bond (Dkt. 19) and the Government's Response in Opposition (Dkt. 23). In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a hearing was held on December 12, 2018. This Court concludes that the following facts require the detention of Defendant, Amirali Bhanwadia, pending further order of the Court.

The Government seeks detention on grounds that Defendant is a risk of flight. Upon consideration, for the reasons stated on the record at the hearing, and based on the factors under 18 U.S.C. § 3142(g), to specifically include the nature and circumstances of the case, the weight of the evidence against Defendant, and the history and characteristics of Defendant, the Court finds that Defendant should be detained pending the final outcome of this case. Specifically, Defendant's legal status has expired, and he is subject to removal. Although Defendant has some ties to the community, he has more extensive ties to India and his family resides in India and New York. Additionally, Defendant is currently unemployed, and the evidence against Defendant in this case is strong, with the charged offense resulting from government surveillance and the use of undercover law enforcement. Accordingly, it is hereby **ORDERED** that Defendant's Motion for Bond (Dkt. 19) is **DENIED** and Defendant shall be **DETAINED**.

Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

**DONE** and **ORDERED** in Tampa, Florida, on December 12, 2018.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
United States Pretrial Services
United States Marshals Service