UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:18-CR-508-T-17AAS

AMIRALI BHANWADIA.

_____/

ORDER

This cause is before the Court on:

Dkt. 30  Motion for Permission to Undergo Medically Necessary Surgery

Defendant Amirali Bhanwadia requests permission to undergo medically necessary eye surgery. The surgery would be completed on an out-patient basis, approximately one hour, at the surgery center located at 3280 McMullen Booth Rd., Clearwater, FL. The surgery would require an in-office pre-operative appointment with Dr. Dana Deupree, 3280 McMullen Booth Rd., Suite 120, Clearwater, FL. Defendant Bhanwadia further requests that Defendant remain housed at the Pinellas County Jail during the course of surgery and treatment.

Defendant Bhanwadia has consulted with the U.S. Marshal's Office, which has advised that arrangements could be made to accommodate the surgery and treatment, should the Court grant permission.

The Government does not object to Defendant's Motion, provided that the U.S. Marshal can accommodate Defendant's surgery and treatment.

Case No. 8:18-CR-508-T-17AAS

After consideration, the Court grants Defendant Bhanwadia's Motion for Permission to Undergo Medically Necessary Surgery. Accordingly, it is

**ORDERED** that Defendant Amirali Bhanwadia's Motion for Permission to Undergo Medically Necessary Surgery (Dkt. 30) is **granted**, provided that the U.S. Marshal can accommodate Defendant Bhanwadia's surgery and treatment. Defendant Bhanwadia **shall make** all necessary arrangements with the U.S. Marshal and with U.S. Pretrial Services, and **shall bear all costs** in connection with the surgery and treatment. It is further

**ORDERED** that Defendant Amirali Bhanwadia **shall remain housed** at Pinellas County Jail during the course of Defendant's surgery and treatment.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 8th day of February, 2019.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record
U.S. Marshal
U.S. Pretrial Services